UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOI M. KELLY,

    Plaintiff,

v.

COMMONWEALTH OF VIRGINIA, *et al.*,

    Defendants.

Civ. No. 19-2567 (UNA)

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff begins by identifying herself as "a class member in the United States v. Wells Fargo discrimination case[.]" Compl. ¶ 1. In addition to her intention to "supplement the case against Wells Fargo Home Mortgage in regards to housing discrimination [and] employment discrimination," *id.* ¶ 2, plaintiff also intends to "submit . . . evidence of discriminatory conduct by the Commonwealth of Virginia,

Virginia Department of Health Professions Board of Nursing," and four individuals, *id.* ¶ 5. Missing from her complaint and its many exhibits is a short and plain statement showing that plaintiff is entitled to relief of any kind. The complaint also is deficient because it does not state a basis for this Court's jurisdiction. As drafted, plaintiff's complaint fails to meet the minimal pleading standard set forth in Rule 8(a). Therefore, the Court will dismiss the complaint and this civil action without prejudice. A separate order accompanies this Memorandum Opinion.

DATE: October 7, 2019

_____
CHRISTOPHER R. COOPER
United States District Judge